Form CGFCRD3C (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:** 23–20514–CLC        **Adversary Number:** 24–01010–CLC

In re:
**Name of Debtor(s):** Bird Global, Inc.
————————————————————————————————/
**Bird Global, Inc., Bird Rides, Inc., Bird US Holdco, LLC, Bird US Opco, LLC and Skinny Labs, Inc.**
Plaintiff(s)

**VS.**

**Gregory Amundson, Tanisha Brown, Gregory Buce, Gianno Caldwell, Mary–Kate Castania, Richard Cock, Desirae Pena, Borna Eslami, Yaman Fejleh, Yeraldin Ferrer, Taylor Freeman, Arias Garcia, Anita Garneau, Bradley Goyzen, Michael Haeri, Kristopher Katalaris, Chantelle Landais, Assaf Samuel Liberant, Steven Murphy, Benjamin Michael Palajac, Regina Lynn Patton, Marc Anthony Perkins–Carillo, Gianna Pilato, Oscar Ramirez, Francisco Rodarte, Lauren Schiff, Wesley Schwartz, Kevin B. Sedighan, Destiny Smith, Keonna Smith, Aya Soufan, Tracy Squire, David Sullivan, Eric Sweasey, Barbara Taffe, Lindsy Thompson, Robin Tillman, Patrick Tindall, Jenny Ramirez Valdivia, James J. Wallace, II, Brenda Wright, John Enright, Joseph Erbe, Melissa Cooper, Tenisha Sellers, Adriel Pointe, Vance Knox, Christopher Herbert, Jose Elizondo, Paul John Donegan, Sergio Gutierrez, Daysi Ramirez, Christy Webb, Connor True and Brandon Gonzales**
Defendant(s)
————————————————————————————————/

# AMENDED NOTICE OF HEARING

To Change the Time.

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Corali Lopez–Castro to consider the following:

## Scheduling Conference

1.  This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

    **Date:** July 24, 2024
    **Time:** 01:30 PM
    **Location:** C. Clyde Atkins U.S. Courthouse, 301 N Miami Avenue, Courtroom 7, Miami, FL 33128

2.  The movant, or movant's counsel if represented by an attorney, must:

    (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3.  PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4.  PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated: 7/22/24**                              **CLERK OF COURT**
                                                By: Susan Gutierrez
                                                Courtroom Deputy